IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

TREZON GRIFFIN
ADC #184079, aka Young Justice (Lt. Col.
II)                                                                                              PLAINTIFF

v.                              No. 4:25-cv-970-DPM

TANYA CHANCELLOR, Medical Nurse
Sup., WellPath Medical, Cummins Unit,
ADC;  ASHCRAFT and SMITH, Medical
Nurses, WellPath Medical, Cummins Unit,
ADC;  and MONI STINGYARD, Lt.,
Operations, Cummins Unit, ADC                                        DEFENDANTS

ORDER

The Court extended Griffin's time to respond to the recommended disposition. *Doc. 14*. He did not object; and the time to do so has passed. Unopposed recommendation, *Doc. 11*, adopted. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). Griffin's complaint will be dismissed without prejudice. Strike recommended. 28 U.S.C. § 1915(g). Any *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

-2-

So Ordered.

*[signature: DP Marshall Jr.]*

D.P. Marshall Jr.
United States District Judge

<u>12 January 2026</u>