IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

TREZON GRIFFIN
ADC #184079, aka Young Justice (Lt. Col. II)                                                    PLAINTIFF

v.                                  No. 4:25-cv-970-DPM

TANYA CHANCELLOR, Medical Nurse
Sup., WellPath Medical, Cummins Unit,
ADC; ASHCRAFT and SMITH, Medical
Nurses, WellPath Medical, Cummins Unit,
ADC; and MONI STINGYARD, Lt.,
Operations, Cummins Unit, ADC                                             DEFENDANTS

## JUDGMENT

Griffin's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 January 2026